1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MARK L. KROTOSKI (CSBN 138549)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5035
7      Facsmile:   (408) 535-5066

8  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

                                                *E-FILED - 2/8/06*

   UNITED STATES OF AMERICA,     )   No. CR 05-00734-RMW
                                 )
          Plaintiff,              )
                                 )   STIPULATION REGARDING
        v.                       )   EXCLUDABLE TIME AND
                                 )   ORDER
   STEPHEN BROWN,                )
      aka blahz, aka sab,        )
                                 )
          Defendant.             )
   _____)

   It is hereby stipulated and agreed between defendant Stephen Brown, and his Counsel Alan Schwartz, and the United States as follows:

   This matter was set for a status conference on March 6, 2006 at 9:00 a.m. In this copyright infringement case, the defense needs more time to prepare, review discovery previously provided, including a substantial amount of digital evidence, and research legal and sentencing issues. Defense counsel needs further time to review plea and sentencing issues.

   The parties stipulate and move the Court to exclude time under the Speedy Trial Act from the March 6, 2006 , until March 13, 2006, because the parties believe that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant

   STIPULATION REGARDING EXCLUDABLE TIME AND ORDER
   CR 05-00734-RMW

1  in a speedy trial, particularly since reasonable time is needed for the defense to prepare for
2  pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii).  The parties
3  further stipulate that time may be excluded for reasonable time for defense
4  preparation, since the failure to exclude time would deny counsel for the defendant reasonable
5  time necessary for effective preparation, taking into account the exercise of due diligence,
6  pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).

   So stipulated.

Dated: February __, 2006                KEVIN V. RYAN
                                        United States Attorney


                                        _____
                                        MARK L. KROTOSKI
                                        Assistant United States Attorney

   So stipulated.

Dated: February __, 2006


                                        _____
                                        ALAN SCHWARTZ
                                        Attorney for Defendant Brown

# ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the status conference set for March 6, 2006 at 9:00 a.m. for defendant Brown shall be continued to March 13, 2006 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time between March 6, 2006 until and through March 13, 2006 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation.. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for effective preparation taking into account the exercise of due diligence).

DATED: February  8 , 2006

                                         /S/ RONALD M. WHYTE
                                         RONALD M. WHYTE
                                         United States District Judge