KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MARK L. KROTOSKI (CSBN 138549)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   Facsmile:   (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 2/8/06*

| UNITED STATES OF AMERICA, | ) | No. CR 05-00734-RMW |
|---|---|---|
|     Plaintiff, | ) | |
| v. | ) | STIPULATION REGARDING EXCLUDABLE TIME AND ORDER |
| STEPHEN BROWN,<br>   aka blahz, aka sab, | ) | |
|     Defendant. | ) | |

It is hereby stipulated and agreed between defendant Stephen Brown, and his Counsel Alan Schwartz, and the United States as follows:

This matter was set for a status conference on March 6, 2006 at 9:00 a.m. In this copyright infringement case, the defense needs more time to prepare, review discovery previously provided, including a substantial amount of digital evidence, and research legal and sentencing issues. Defense counsel needs further time to review plea and sentencing issues.

The parties stipulate and move the Court to exclude time under the Speedy Trial Act from the March 6, 2006 , until March 13, 2006, because the parties believe that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant

STIPULATION REGARDING EXCLUDABLE TIME AND  ORDER
CR 05-00734-RMW

1  in a speedy trial, particularly since reasonable time is needed for the defense to prepare for
2  pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii).  The parties
3  further stipulate that time may be excluded for reasonable time for defense
4  preparation, since the failure to exclude time would deny counsel for the defendant reasonable
5  time necessary for effective preparation, taking into account the exercise of due diligence,
6  pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).
7      So stipulated.
8  Dated: February __, 2006                KEVIN V. RYAN
                                            United States Attorney
9
10                                          _____
                                            MARK L. KROTOSKI
11                                          Assistant United States Attorney
12      So stipulated.
13  Dated: February __, 2006
14                                          _____
                                            ALAN SCHWARTZ
15                                          Attorney for Defendant Brown
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **ORDER**

2    Based upon the foregoing Stipulation and good cause appearing therefor,

3    **IT IS HEREBY ORDERED** that the status conference set for March 6, 2006 at 9:00 a.m.

4 for defendant Brown shall be continued to March 13, 2006 at 9:00 a.m.

5    **IT IS FURTHER ORDERED** that the time between March 6, 2006 until and through

6 March 13, 2006 shall be excluded from the computation period within which the trial must

7 commence, for the reasons and based upon the statutory provisions set forth by the parties in this

8 Stipulation, including that time is needed for effective defense preparation..  The Court finds that

9 the ends of justice outweigh the interests of the public and the parties in a speedier trial under 18

10 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time

11 necessary for effective preparation taking into account the exercise of due diligence).

12 DATED: February  8 , 2006

13                                         /S/ RONALD M. WHYTE
                                         RONALD M. WHYTE

14                                          United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28