1 | ALLEN H. SCHWARTZ, SBN 108126
Attorney at Law
2 | 111 W. St. John Street, Suite 555
San Jose, CA 95113
3 | Tel: (408) 298-9494

Attorney for Defendant STEPHEN BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/2/06*

| UNITED STATES OF AMERICA, | Case No. CR 05-00734-RMW |
|---|---|
| Plaintiff, | |
| v. | ORDER TO CONTINUE SENTENCING |
| STEPHEN BROWN, | |
| Defendant. | |

Upon stipulation of the parties and good cause appearing therefore:

IT IS HEREBY ORDERED that the sentencing hearing now set for August 7, 2006 is vacated and reset to October 10, 2006 at 9:00 a.m.

Dated: 8/2/06

/s/ Ronald M. Whyte
_____
RONALD M. WHYTE
United States District Judge