ALLEN H. SCHWARTZ, SBN 108126
Attorney at Law
111 W. St. John Street, Suite 555
San Jose, CA 95113
Tel: (408) 298-9494

Attorney for Defendant STEPHEN BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 9/20/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-00734-RMW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| STEPHEN BROWN, | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED between the parties that defendant's sentencing hearing now set for October 10, 2006, at 9:00 a.m., be vacated and reset to November 13, 2006, at 9:00 a.m. This will allow for needed additional time to prepare the Pre-sentence Report.

It is so stipulated:

Dated: September 14, 2006        /s/ Allen H. Schwartz
                                  Allen H. Schwartz
                                  Attorney for Defendant

STIP AND ORDER TO CONTINUE SENTENCING        CR 05-00734-RMW

It is so stipulated:

Dated: *September 14, 2006*                    */s/ Mark L. Krotoski*
                                               Mark L. Krotoski
                                               Assistant United States Attorney

It is so ordered:

Dated: 9/20/06                                 /s/ Ronald M. Whyte
                                               Hon. Ronald M. Whyte
                                               United States District Judge


Copies to be served on:

Allen H. Schwartz
Attorney at Law
111 W. St. John Street, Suite 555
San Jose, CA  95113


Mark L. Krotoski
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113


Benjamin Flores
United States Probation Officer
280 So. First Street, Suite 106
San Jose, CA 95113

STIP AND ORDER TO CONTINUE SENTENCING            CR 05-00734-RMW

DECLARATION RE SIGNATORIES

I, Allen H. Schwartz, hereby declare:

1. I am the filer of the foregoing document entitled STIPULATION AND ORDER TO CONTINUE SENTENCING.

2. I have concurrence of the filing of this document by receipt from the other signatory of his faxed signature to a copy of this document.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on September 14, 2006 at San Jose, California.

*/s/ Allen H. Schwartz*
Allen H. Schwartz, Declarant

STIP AND ORDER TO CONTINUE SENTENCING                    CR 05-00734-RMW