```
 1   ALLEN H. SCHWARTZ, SBN 108126
     Attorney at Law
 2   111 W. St. John Street, Suite 555
     San Jose, CA  95113
 3   Tel: (408) 298-9494
 4
 5
     Attorney for Defendant STEPHEN BROWN
 6
 7
 8
                 IN THE UNITED STATES DISTRICT COURT
 9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
                                              *E-FILED - 10/18/06*
12
13
     UNITED STATES OF AMERICA,          Case No.  CR 05-00734-RMW
14
                  Plaintiff,
15
                                        []
16         v.                           ORDER TO CONTINUE SENTENCING
17
     STEPHEN BROWN,
18
                  Defendant.
19
     _____/
20
           Upon stipulation of the parties and good cause appearing therefore:
21
           IT IS HEREBY ORDERED that the sentencing hearing now set for
22
     November 13, 2006 is vacated and reset to January 29, 2007 at 9:00 a.m.
23
24
25   Dated:  10/18/06                     /S/ RONALD M. WHYTE
                                         _____
                                         RONALD M. WHYTE
26                                       United States District Judge
27
28
```