1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  150 Almaden Avenue, Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5035
   FAX: (408) 535-5081
6  E-Mail: Mark.Krotoski@usdoj.gov

7  Attorneys for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
                                                     *E-FILED - 2/6/07*
12

13 | UNITED STATES OF AMERICA,        )    No. CR 05-00734-RMW
                                      )
14 |     Plaintiff,                   )
                                      )    STIPULATION TO CONTINUE
15 |   v.                             )    SENTENCING HEARING   AND
                                      )     ORDER
16 | STEPHEN BROWN,                   )
        aka blahz, aka sab,           )
17 |                                  )
         Defendant.                   )
18 |_____     )

19    It is hereby stipulated and agreed between defendant Stephen Brown, by and through his

20 counsel of record, Alan Schwartz, Esq., and the United States, by and through Assistant United

21 States Attorney Mark L. Krotoski, as follows:

22    1. This matter is presently set for a sentencing hearing on January 29, 2007 at 9:00 a.m.

23    2. The parties agree that further time is needed to address sentencing issues and that the

24 terms of the plea agreement continue to apply. Additionally, defense counsel is involved with

25 two state court trials during the end of January and in February.

26    3. For the foregoing reasons, and that the ends of justice are served by continuing this case,

27 the parties stipulate and request to a continuance of the sentencing hearing from January 29, 2007

28 at 9:00 a.m. to March 19, 2007 at 9:00 a.m., or the next available date.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [XXXXXXX] ORDER
CR 05-00445-RMW

1    4.   The probation officer has been advised of the new date.

2    IT IS SO STIPULATED.

3    Dated: January 23, 2007                           KEVIN V. RYAN
                                                      United States Attorney
4

5                                                     /s/
                                                     _____
6                                                     MARK L. KROTOSKI
                                                      Assistant United States Attorney
7
     Dated:  January 23, 2007
8

9                                                     /s/
                                                     _____
10                                                    ALAN SCHWARTZ
                                                      Attorney for Defendant
11

12   IT IS SO ORDERED.

13   Upon good cause shown, the sentencing hearing is continued from January 29, 2007 at 9:00

14   a.m. to March 19, 2007 at 9:00 a.m.

15   Dated: ~~January XX, 2007~~  2/6/07

16                                                    _____
                                                      RONALD M. WHYTE
17                                                    United States District Judge

18   Distribute To:

19   Alan Schwartz
     111 West St. John Street
20   Suite 555
     San Jose, CA  95113
21   FAX (408) 298-4551

22   Benjamin Flores
     U.S. Probation Officer
23   United States Probation Office
     Northern District of California
24   280 South First Street
     San Jose, CA 95113
25
     Mark L. Krotoski
26   AUSA
     150 Almaden Boulevard, Suite 900
27   San Jose, CA 95113

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [XXXXXXX] ORDER
CR 05-00445-RMW                             Page 2 of  2